UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KENNY WOLF<br><br>　　　　Plaintiff,<br>　　v.<br>CALIFORNIA HIGHWAY PATROL OFFICER A. RINCON et al.<br><br>　　　　Defendant. | Case No. 2:25-CV-1039-BFM<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

　　　Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: 　JULY 8 , 2025

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE